UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE:<br><br>Nakita T. Leonard<br>aka: Nakita Leonard<br>    DEBTOR(S) | Case No.: 09-25295-DWK<br>Chapter 13 |
| BAC Home Loans Servicing, LP, fka<br>Countrywide Home Loans Servicing LP<br>    MOVANT<br>      vs.<br>Nakita T. Leonard<br>aka: Nakita Leonard<br>    RESPONDENT(S) | |

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY

    BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

#### ONE

    That the above-named DEBTOR(S) initiated proceedings in this Court seeking relief under Chapter 13 of 11 U.S.C. (herinafter "RESPONDENT(S)").

#### TWO

    That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property of the RESPONDENT(S), known as 1519 Elrino Street, Baltimore, MD 21224 (the "property") (see attached Exhibit "A"), presently owned by the RESPONDENT(S), in the approximate principal amount of $41,484.70, plus interest, pre-petition late charges, and other fees or costs due under the note. Said Instrument is recorded among the Land Records of Baltimore City, Maryland.

#### THREE

    That the RESPONDENT(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of (2) post-petition payments @ $711.31 each for the months of October, 2009 - November, 2009, (1) post-petition payment @ $713.49 for December, 2009, plus any additional payments that may fall due after the filing of this motion, plus attorney's fees and costs.

#### FOUR

    That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 427279

<u>FIVE</u>

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A. That the Court enter an Order lifting the Stay of S. 362 to enable BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B. That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 427279

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE:<br><br>Nakita T. Leonard<br>aka: Nakita Leonard<br>    DEBTOR(S) | Case No.: 09-25295-DWK<br>Chapter 13 |
| BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP<br>    MOVANT<br>       vs.<br>Nakita T. Leonard<br>aka: Nakita Leonard<br>    RESPONDENT(S) | |

### * * * * * CERTIFICATION OF SERVICE * * * * *
### ON
### MOTION SEEKING RELIEF FROM AUTOMATIC STAY

I, the undersigned counsel of COHN, GOLDBERG & DEUTSCH, LLC, 600 BALTIMORE AVENUE, SUITE 208, TOWSON, MD 21204, certify that I am, and at all times hereinafter mentioned was, 18 years of age and that on December 8, 2009, I served a copy of the MOTION SEEKING RELIEF FROM AUTOMATIC STAY, by FIRST CLASS MAIL, and/or ELECTRONIC FILING NOTIFICATION, on the respondent(s) in this proceeding to:

Nakita T. Leonard
aka: Nakita Leonard
1519 Elrino Street
Baltimore, MD 21224

| | |
|---|---|
| and respondent(s)' counsel:<br>Jeffrey M. Sirody, Esquire<br>1777 Reisterstown Road Suite 360 E<br>Baltimore, MD 21208 | Ellen W. Cosby, Trustee<br>P.O. Box 20016<br>Baltimore, MD 21284 |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on December 8, 2009 | /s/ Richard J. Rogers<br>Richard J. Rogers, Esquire<br>Cohn, Goldberg & Deutsch, LLC<br>600 Baltimore Avenue, Suite 208<br>Towson, MD 21204<br>410-296-2550<br>Fax: 410-296-2558 |

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 427279

Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 427279